IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of a class of all persons and entities similarly situated, | Case No. 1:15-cv-7722 |
| Plaintiff, | |
| vs. | |
| PMAX COMMERCIAL INSURANCE SERVICES, INC. D/B/A PASCAL BURKE INSURANCE BROKERAGE, SHIELD COMMERCIAL INSURANCE SERVICES, INC., DUAL COMMERCIAL, LLC, and STARR SURPLUS LINES INSURANCE COMPANY, | Hon. Judge Manish S. Shah<br>Hon. Mag. Judge M. David Weisman |
| Defendants. | |

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Abante Rooter and Plumbing, Inc. and Defendants PMAX Commercial Insurance Services, Inc., Shield Commercial Insurance Services, Inc., Dual Commercial, LLC, and Starr Surplus Lines Insurance Company, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that the above-captioned action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims. Each party is to bear its own costs and attorneys' fees.

Dated: November 1, 2016         Respectfully submitted,

| | |
|---|---|
| /s/ Daniel J. Marovitch | /s/ Peter C. Morse |
| Alexander H. Burke | Peter C. Morse |
| Daniel J. Marovitch | MORSE, BOLDUC & DINOS, LLC |
| BURKE LAW OFFICES, LLC | 25 E. Washington St., Suite 750 |
| 155 N. Michigan Ave., Suite 9020 | Chicago, IL 60602 |
| Chicago, IL 60601 | Telephone: (312) 251-2577 |
| Telephone: (312) 729-5288 | pmorse@morseandbolduc.com |
| aburke@burkelawllc.com | |
| dmarovitch@burkelawllc.com | *Counsel for Defendant* |
| | *PMAX Commercial Insurance Services, Inc.* |
| Anthony Paronich | |
| BRODERICK & PARONICH, P.C. | /s/ Dayle M. Van Hoose |
| 99 High St., Suite 304 | Dayle M. Van Hoose |
| Boston, MA 02110 | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| Telephone: (508) 221-1510 | 3350 Buschwood Park Dr., Suite 195 |
| anthony@broderick-law.com | Tampa, FL 33618 |
| | Telephone: (813) 890-2463 |
| Matthew P. McCue | dvanhoose@sessions.legal |
| LAW OFFICE OF MATTHEW P. MCCUE | |
| 1 South Ave, Suite 3 | Daniel W. Pisani |
| Natick, MA 01760 | James K. Schultz |
| Telephone: (508) 655-1415 | Morgan I. Marcus |
| mmccue@massattorneys.net | SESSIONS FISHMAN NATHAN & ISRAEL, LLC |
| | 120 S. LaSalle St., Suite 1960 |
| *Counsel for Plaintiff* | Chicago, IL 60603 |
| *Abante Rooter and Plumbing, Inc.* | Telephone: (312) 578-0990 |
| | dpisani@sessions.legal |
| | jschultz@sessions.legal |
| | mmarcus@sessions.legal |
| | |
| | *Counsel for Defendant* |
| | *Starr Surplus Lines Insurance Company* |
| | |
| | /s/ Rosa M. Tumialan-Landy |
| | Rosa M. Tumialan-Landy |
| | Jennifer A. Warner |
| | DYKEMA GOSSETT PLLC |
| | 10 S. Wacker Dr., Suite 2300 |
| | Chicago, IL 60606 |
| | Telephone: (312) 876-1700 |
| | rtumialan@dykema.com |
| | jwarner@dykema.com |

*Counsel for Defendant*
*Shield Commercial Insurance Services, Inc.*

 /s/ Neil E. Holmen
Neil E. Holmen
Alla C. Galati
WALKER WILCOX MATOUSEK LLP
One N. Franklin St., Suite 3200
Chicago, IL 60606
Telephone: (312) 244-6700
nholmen@wwmlawyers.com
agalati@wwmlawyers.com

*Counsel for Defendant*
*Dual Commercial, LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on November 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record.

 /s/ Daniel J. Marovitch

3